CV
7/27/23
1110AM
1683

IN THE CIRCUIT COURT FOR THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

INDIRA MARCY
Plaintiff,

CASE NO: 502023CA005319XXXXMB

vs.

TARGET CORPORATION,

Defendant.
_______________________________/

**SUMMONS**

THE STATE OF FLORIDA
TO EACH SHERIFFS OF STATE

YOU ARE HEREBY COMMANDED to serve this Summons and Complaint on

**Defendant to be served:** **TARGET CORPORATION**
**1200 S. PINE ISLAND ROAD**
**PLANTATION, FL 33324**

Each Defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorneys, **LETT LAW FIRM, ESQ. 6303 BLUE LAGOON DR, SUITE 400, MIAMI, FL 33126**, within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition.

DATED: 03/28/2023.

Joseph Abruzzo
As Clerk of Court

CLERK OF THE CIRCUIT COURT & COMPTROLLER PALM BEACH COUNTY

By: Maliha Ali
as Deputy Clerk Maliha Ali



**Exhibit 2**

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff's Attorney, Ariel Lett, Esq., Lett Law Firm, 6303 Blue Lagoon Dr., Suite 400, Miami, FL 33126, Telephone number 305-912-5388 and fax 305-751-5311. If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Americans with Disabilities Act Coordinator, Office of the Court Administrator, 205 North Dixie Highway, West Palm Beach, FL 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como Plaintiff's Attorney, Ariel Lett, Esq., Lett Law Firm, 6303 Blue Lagoon Dr., Suite 400, Miami, FL 33126, Telephone number 305-912-5388 and fax 305-751-5311. Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Americans with Disabilities Act Coordinator, Office of the Court Administrator, 205 North Dixie Highway, West Palm Beach, FL 33401; telephone number (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711

IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au Plaintiff's Attomey, Ariel Lett, Esq., Lett Law Firm, 6303 Blue Lagoon Dr., Suite 400, Miami, FL 33126, Telephone number 305-912-5388 and fax 305-751-5311. Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Americans with Disabilities Act Coordinator, Office of the Court Administrator, 205 North Dixie Highway, West Palm Beach, FL 33401; telephone number (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.

Exhibit 2

**IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUITOF THE STATE OF FLORIDA, IN AND FOR PALM BEACH COUNTY**
**CIVIL ACTION**

**Case No.:**

**INDIRA MARCY,**

**Plaintiff,**

**v.**

**TARGET CORPORATION,**

**Defendant.**
_____________________________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW Plaintiff, INDIRA MARCY, and sues Defendant, TARGET CORPORATION., and alleges:

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a natural person residing in Palm Beach County, Florida.

3. At all times material to this action Defendant, TARGET CORPORATION, is a Florida Profit Corporation licensed to do and doing business in Palm Beach County, Florida.

4. At all times material hereto, Target Corporation was the owner and in possession of the business located at 1760 palm Beach Lakes, Palm Beach, FL. The business being that of a retail store, open to the general public, including the Plaintiff herein.

5. On or about October 16, 2022, Plaintiff visited Target Store as an invitee. "(Target Store)"

6. At said time and place, Plaintiff was a customer shopping at Target Store and

was lawfully upon the premises of Target Store.

7. Target Store owed Plaintiff a duty to exercise reasonable care for her safety.

8. At said time and place, the Plaintiff sustained injuries to her lower extremity due to slippery area of Target Store because the Defendant negligently maintained its premises by failing to reasonably inspect the area, and/or failing to warn Plaintiff of the dangerous condition of the area which was known or reasonably should have been known upon a reasonable inspection, and allowing the slippery area of Defendant's premises to become in such a state of disrepair that they were unreasonably dangerous.

9. The above negligent condition was known to the Defendant or had existed for a sufficient length of time so that the Defendant should have known of it.

10. The above-described negligence was the proximate cause of the injury to Plaintiff.

11. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, INDIRA MARCY, Demands Judgment against Defendant, TARGET CORPORATION, for damages in excess of Fifty Thousand Dollars ($50,000.00), plus applicable interest and costs, and any other relief as this Honorable Court deems proper and just. Plaintiff hereby demands trial by jury on all issues so triable herein.

Respectfully submitted this 21 day of March 2023.

/s/ Ariel Lett, Esq.
Ariel Lett
F.B.N. 115513
Lett Law, PLLC
*Attorney for Plaintiffs*
6303 Blue Lagoon Drive
Suite 400
Miami, Florida 33126 Phone: (305) 912-5388
Email: alett@lettlawfirm.com
Service: service@lettlawfirm.com